**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000439**
**16-OCT-2025**
**08:02 AM**
**Dkt. 36 ODSD**

NO. CAAP-24-0000439

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee, v.
KITTY ANN CHRYST, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NOS. 1DTI-19-050120 & 1DTI-19-0522122)


ORDER
(By: Wadsworth, Presiding Judge, and McCullen and Guidry, JJ.)


Upon review of the record, it appears that:

(1)  On June 20, 2024, self-represented Defendant-Appellant Kitty Ann Chryst (**Chryst**) filed the notice of appeal.

(2)  On November 25, 2024, the appellate clerk entered a default of the statement of jurisdiction and opening brief, which states, among other things, that Chryst may request relief from default by motion.

(3)  On December 6, 2024 Chryst filed a motion that the court later construed as a motion for relief from default of the statement of jurisdiction and opening brief and for other relief.

(4)  On June 30, 2025, the court issued an order which, among other things, set aside the default and extended Chryst's deadline to file the statement of jurisdiction and opening brief to July 30, 2025, "if Chryst still intends to pursue this appeal."  The court also informed Chryst that any further default of the opening brief may result in sanctions authorized by Rule 30 of the Hawai'i Rules of Appellate Procedure (**HRAP**), including

without limitation, monetary sanctions, the appeal being dismissed, or both.

(5)  On September 29, 2025, the court issued an order (**Order**) which, among other things, instructed Chryst to file a "statement of jurisdiction that shows the specific statutory or other grounds upon which this court's appellate jurisdiction is invoked, and otherwise complies with HRAP Rule 12.1" and "a declaration, affidavit, or other sworn statement, not to exceed five (5) pages, addressing why this appeal should not be dismissed as moot" within ten (10) days of entry of the Order.

(6)  The Order also cautioned Chryst that "failure to comply with [the Order] may result in sanctions, including without limitation the appeal being dismissed."

(7)  Chryst has not taken any further action in this appeal, and did not request any extension of time to comply with the Order.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, October 16, 2025.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge